AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Kelly Harrell          )          USAO CW No. 26-026

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 26-mj-495 |
| | ) |
| | ) |
| | ) |
| Anton Bilski | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 28, 2026  in the county of  Chester  in the
Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Thad Baxter

*Complainant's signature*

Thad Baxter, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed by telephone.

PAMELA A. CARLOS

Digitally signed by
PAMELA A. CARLOS
Date: 2026.03.20 10:41:25
-04'00'

Date: _____

*Judge's signature*

City and state:     Philadelphia, Pennsylvania          Honorable Pamela A. Carlos, USMJ

*Printed name and title*