26-mj-495

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Thad A. Baxter, a Special Agent with Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement (ICE), Homeland Security Investigations ("HSI"), assigned to the Special Agent in Charge in Philadelphia, Pennsylvania and I have been so employed since April of 2007. Prior to that, I was a law enforcement officer in the state of Vermont from 2000 until 2007. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to, among other offenses, the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252(a), and 2252A. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants, a number of which involved child exploitation and/or child pornography offenses. I have completed and received training at the Federal Law Enforcement Training Center (FLETC).

2.      As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.      The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I

1

26-mj-495

believe are necessary to establish probable cause to believe that Anton BILSKI received child pornography on or about February 28, 2026, in violation of Title 18 U.S.C. § 2252(a)(2).

## FACT SUPPORTING PROBABLE CAUSE

4.      In September 2025, HSI began investigating a lead from a European-partner country regarding an Instagram user "Abilski26" (later identified as Anton BILSKI) exchanging child sexual abuse material ("CSAM"), or child pornography, via Instagram with a subject (hereinafter "Subject 1") being investigated by the European-partner country.  The Instagram messages were screen-recorded and provided to HSI.  The screen-recorded messages between BILSKI and Subject 1 occurred between approximately May 18, 2023 and May 27, 2023.  For example, on May 18, 2023, the following exchange occurred:

| Abilski26 | Subject 1 |
|---|---|
| We can really cute | |
| But I'll send you more stuff later tonight. We can send each other pics too if that's something you like? | |
| | Hi |
| Hey | |
| | You have more stuff you said |
| What would you like. I have evening plans coming up | |
| | Some videos |

2

26-mj-495

| Ok | |
|---|---|

5. "abilski26" then sent a video file, which Subject 1 opened and viewed. The video depicted a pubescent aged minor boy. The boy was nude and appeared to be filming himself. The camera was held by the boy and was focused on his genitalia and anus. During the video, the boy repeatedly inserted a finger into his anus. Within the recorded message, a profile picture depicting an adult white male wearing dark colored glasses was associated with the "abilski26" Instagram account.

6. On or about May 27, 2023 "abilski26" sent two video files to Subject 1. Subject 1 replied, "That's a men with kid, i dont want men just kids." "abilski26" then sent another video file, which Subject 1 opened and viewed. The video depicted two prepubescent aged minor boys. Both boys appeared to be nude. During the video, one of the boys performed oral intercourse on the other boy. Within the recorded message, a profile picture depicting an adult white male wearing dark colored glasses was associated with the "abilski26" Instagram account.

7. A review of law enforcement databases for "Anton William BILSKI" revealed that he is closely associated with an email address of abilski231@gmail.com.

8. Through investigation, HSI determined that the email address abilski231@gmail.com was associated with an account on the cloud-based file storage and sharing platform Mega, or Mega NZ.[1] Through investigation, HSI learned that the Mega account

---

[1] Mega is a user-controlled, encrypted, could-based data storage and file hosting service offered by Mega Limited, an Auckland, New Zealand-based company, which is known for its end-to-end encryption security feature. The service is offered primarily through web-based apps.  Mega mobile apps are also available for Android and iOS.

3

26-mj-495

associated with abilski231@gmail.com was created on March 21, 2023, had a self-reported name of "Anthony B," contained 196 files, and was suspended by Mega for an emergency takedown ("ETD").[2]  A Mega link, created on April 18, 2023, was reported twice as an ETD.  The first report occurred on June 7, 2023, and the second report occurred on July 30, 2024. After the first reporting of the ETD, Mega suspended the account.

9.      The ETD link contained 196 files (the total content of the Mega account associated with abilski231@gmail.com), including approximately 180+ files depicting CSAM. These included depictions of prepubescent children engaged in sexually explicit conduct.  I reviewed the files and examples of some videos are described below:

a.      A video file (video_1531328206259[Q45].mp4), approximately 28 seconds in length, depicts a prepubescent male who appears to be approximately 10-12 year of age, wearing a white shirt and laying on his back. He is naked from the waist down. The male child's penis and genitalia are exposed. An adult male subject with an erect penis penetrates the child's anus and performs anal sex on the child.

b.      A video file (BrC1832-SO4-307- Duo and Group – 13yo fucks younger friend and makes him suck then cums on his dick.mp4), approximately 39:55 in length, depicts two young male subjects engaged in sexual activity on what appears to be a padded couch or chair. The one

---

[2] Because Mega is an end-to-end encrypted platform, the content of a user's account generally is not known to Mega. However, one way Mega becomes aware of the content of a user's account is when that user creates a "link."  A link is a way for a user to select certain media files or folders contained within their account and essentially create a hyperlink that they then can share with other users. This hyper link contains two parts, one of which is the "handle" that is traceable to a unique Mega account and a decryption key.  The full link, including the decryption key, is not known by Mega or any other user until that user decides to share that link with another individual.  When a "link" is reported to Mega as containing child sex abuse material or violating their terms of service, the only way for that to have occurred is for the user to have 1) created the hyper link and 2) shared that link with another user.  Once that link is shared, and if it is shared again, anyone can continue to access the content of that user's link until it is deleted by the user. Once the link is reported to Mega, Mega then preserves the content of the link and suspends the link.

26-mj-495

young male child wearing a blue shirt and has dark brown hair. He appears to be approximately 12-13 years of age. The other male child is wearing a red shirt and appears to be 10-11 years of age. During the video, the red shirted pre-pubescent child masturbates the erect penis of the blue shirted male subject, performs oral sex on the blue shirt boy's erect penis and the blue shirt boy attempts to have anal sex with the red shirt child.

10.     Although the Mega account was suspended after the first ETD report, additional login attempts occurred. The most recent login attempt occurred on July 2, 2025 from an IP (internet protocol) address associated with BILSKI's residence in Landenberg, Pennsylvania.

11.     During the investigation of BILSKI, I learned that PayPal reported BILSKI multiple times for sending money via the PayPal platform to purchase suspected CSAM from multiple vendors. Based on my review of BILSKI's PayPal transactional data, I identified at least nine payments made by BILSKI to suspected CSAM vendors between October 2, 2024 and January 1, 2025, totaling more than $500.

12.     On March 17, 2026, federal search warrant 26-mj-430 was authorized by the Honorable Pamela A. Carlos, United States Magistrate Judge, for BILSKI's residence in Landenberg, Pennsylvania and the person of ANTON BILSKI.

13.     On March 20, 2025, HSI agents and other law enforcement officers executed the search warrant. BILSKI was home at the time. BILSKI agreed to be interviewed by HSI agents, and his interview was video-recorded. In summary, BILSKI admitted to operating the Instagram account abilski26, described above, and the Mega account associated with abilski231@gmail.com, also described above. BILSKI knew that his Mega account was suspended because of child pornography activity. BILSKI admitted to using PayPal and other

5

26-mj-495

third-party payment services to purchase thousands of dollars worth of CSAM on multiple platforms, including Telegram, and using gmail address abilski231@gmail.com to exchange CSAM. BILSKI admitted to using a Telegram account to exchange CSAM and gave consent for law enforcement to access the Telegram account on his Apple iPhone. HSI agents did so and, among other evidence, located a message thread with another Telegram user, in which BILSKI received videos of CSAM.  For example, via Telegram, BILSKI received the following videos:

a.   On or about February 28, 2026, BILSKI received a 50-second-long video, which depicted a nude boy, approximately 8-10 years old, using his hand to masturbate an adult male and then performing oral sex on the adult male.  **(Count One – Receipt of child pornography).**

b.   On or about February 17, 2026, BILSKI received a 55-second-long video, which depicted a prepubescent girl, approximately 10-12 years old, sitting on the floor exposing her genitals and masturbating.

14.    HSI seized approximately 13 electronic devices, including BILSKI's Apple iPhone, laptop computer, a custom-built computer tower, a tablet, and several thumb drives. The forensic review of those devices is ongoing.

26-mj-495

## **CONCLUSION**

15.     Based on the above facts and circumstances I submit that probable cause exists to charge ANTON BILSKI with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

16.     Therefore, I respectfully request that the attached form of criminal complaint be issued with respect to ANTON BILSKI.


*/s/ Thad Baxter*
Thad Baxter
HSI Special Agent


Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone.

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2026.03.20 10:43:07 -04'00'

HONORABLE PAMELA A. CARLOS
United States Magistrate Judge


7

26-mj-495

## ATACHMENT A

## Count One – Receipt of child pornography, 18 U.S.C. § 2252(a)(2)

On or about February 28, 2026, in the Eastern District of Pennsylvania, defendant ANTON BILSKI knowingly received a visual depiction using any means and facility of interstate and foreign commerce, that is, the Internet, and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.