**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **MAGISTRATE NUMBER 26-495** |
| | **:** | |
| | **:** | |
| **ANTON BILSKI** | **:** | |

### ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Michael McCrossen*
MICHAEL M<sup>c</sup>CROSSEN
Assistant Federal Defender

## CERTIFICATE OF SERVICE

I, Michael McCrossen, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing upon Justin Oshana, Assistant United States Attorney, office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.


*/s/ Michael McCrossen*
MICHAEL M<sup>c</sup>CROSSEN
Assistant Federal Defender


DATE:        March 23, 2026