AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Kelly Harrell                    )

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Pennsylvania

United States of America
v.

Anton Bilski

*Defendant*

)
)
)
)
)
)
)

Case No. 26-mj-495

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **Anton Bilski**                                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

See Attachment A, incorporated by reference.

Date: _____

City and state:    Philadelphia, Pennsylvania

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2026.03.20 10:41:47 -04'00'

*Issuing officer's signature*

Honorable Pamela A. Carlos, USMJ

*Printed name and title*

### Return

This warrant was received on *(date)* 3/20/26, and the person was arrested on *(date)* 3/20/26
at *(city and state)* Landenberg PA.

Date: _____

_____
*Arresting officer's signature*

Theo Baxter Special Agent
*Printed name and title*